IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-10-00149-CR

 

Alonzo Dee Freeman,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 

 



From the 413th District
Court

Johnson County, Texas

Trial Court No. F40226

 



MEMORANDUM  Opinion



 








Alonzo Dee Freeman seeks to appeal the
trial court’s “failure to grant Petitioner’s Post-Conviction Motion of
Discovery; under Art. 11.07, § 3 (V.A.T.C.C.P.).”  The Clerk of this Court
notified the parties that the appeal appears subject to dismissal because: (1)
this Court does not have appellate jurisdiction in criminal law matters unless
expressly provided by law; and (2) no constitutional or statutory provision
appears to authorize such an appeal.  See Kelly v. State, 151 S.W.3d
683, 686-87 (Tex. App.—Waco 2004, no pet.); Everett v. State, 82 S.W.3d
735, 735 (Tex. App.—Waco 2002, pet. ref’d).  The Clerk’s notice informed the
parties that the appeal may be dismissed if a response showing grounds for
continuing the appeal was not filed within ten days.  See Tex. R. App. P. 44.3.  No response has
been received.  Accordingly, the appeal is dismissed.

 

FELIPE REYNA

Justice

Before Chief
Justice Gray,

Justice
Reyna, and

Justice
Davis

Appeal
dismissed

Opinion
delivered and filed June 2, 2010

Do not publish

[CR25]